UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KAREN BOYD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:11-0841 |
| ) | Judge Haynes/Bryant |
| NASHVILLE LIMO BUS, LLC, ) | **Jury Demand** |
| ) | |
| Defendant. ) | |

### O R D E R

The undersigned Magistrate Judge conducted a settlement conference in this case on September 27, 2012. The parties and their respective representatives met, negotiated in good faith, but did not agree to a settlement of this case.

The Clerk is directed to return this file to the Chief Judge.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge