UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

|  |  |  |
|---|---|---|
| KAREN BOYD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 3:11-0841 |
| | ) | Judge Haynes/Bryant |
| NASHVILLE LIMO BUS, LLC, | ) | **Jury Demand** |
| | ) | |
| Defendant. | ) | |

### **O R D E R**

The undersigned Magistrate Judge conducted a settlement conference in this case on September 27, 2012. The parties and their respective representatives met, negotiated in good faith, but did not agree to a settlement of this case.

The Clerk is directed to return this file to the Chief Judge.

It is so **ORDERED**.

<u>s/ John S. Bryant</u>
JOHN S. BRYANT
United States Magistrate Judge